CORA L. HOSFORD, as Administratrix of FRED L. HOSFORD, Deceased, Respondent, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Hosford* v. *N. Y. C. & H. R. R. R. Co.*, 39 App. Div. 327, affirmed.

(Argued January 23, 1900; decided February 13, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 23, 1899, reversing a judgment in favor of defendant entered upon a dismissal of the complaint at a Trial Term, and an order denying a motion for a new trial, and granting a new trial.

*Albert H. Harris* for appellant.

*Thomas Raines* and *Charles F. Miller* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Not sitting: GRAY, J.